Anna Fencl, appellant, v. Joseph Korczewski et al., appellees. Gen. No. 32,525.

Opinion filed October 11, 1928.

Walter Truc and James S. Wright, for appellant. James Percival Pio, for appellees Martin and Agata Byczek.

Mr. Justice Barnes delivered the opinion of the court.

J. R. Clogg & Company, Ltd., appellant, v. James L. Slattery, appellee. Gen. No. 32,539.

Opinion filed October 11, 1928.

Slottow & Leviton and Albert Gomberg, for appellant; Charles Leviton and Wendell Carnahan, of counsel. Butler, Lamb, Foster & Pope, for appellee; Ralph C. Blaha and W. J. Anderson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Gust Stavrakas and Peter Voulgaris, plaintiffs in error. Gen. No. 32,594.

Opinion filed October 11, 1928.

W. W. O'Brien for plaintiffs in error; Clyde C. Fisher, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Charles A. Bellows, George D. Lavin, John Holman and E. E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.